**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Calixto SILVA-ESPINOSA, Also Known as Mario Raul Santillan-Sandoval, Defendant–Appellant.**

No. 16-40873
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed March 27, 2017

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

278

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Calixto Silva-Espinosa, Pro Se

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Calixto Silva-Espinosa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Silva-Espinosa has not filed a response. We have reviewed counsel's brief and the relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

The motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.